UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY ROSS,

  Plaintiff,

v.                                          CASE NO.:  1:20-CV-3751-CC-WEJ

EQUIFAX INFORMATION SERVICES LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, BOBBY ROSS, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of April, 2021, a true and correct copy of the foregoing has been furnished to all counsel of records via the Court's CM/ECF server.

*/s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar No.: 0338620
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: (812) 225-6745
Facsimile: (813) 983-2889
TGomez@ForThePeople.com
DGagliano@ForThePeople.com
*Attorney for Plaintiff*