# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA FIVISION

BOBBY ROSS,

  Plaintiff,

                              CASE NO.: 1:20-CV-3751-CC-WEJ

-vs-

EQUIFAX INFORMATION SERVICES LLC,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, BOBBY ROSS, and the Defendant, EQUIFAX INFORMATION SERVICES LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of June, 2021.

| | |
|---|---|
| */s/ Octavio "Tav" Gomez* | */s/ Lindsay A. Fleming* |
| Octavio "Tav" Gomez | Esther Slater McDonald |
| Florida Bar No.: 0338620 | Georgia Bar No. 649005 |
| Morgan & Morgan, Tampa, P.A. | Lindsay A. Fleming |
| 201 N. Franklin Street, Suite 700 | Georgia Bar No. 503950 |
| Tampa, Florida 33602 | Seyfarth Shaw LLP |
| Telephone: 813-225-2645 | 1075 Peachtree St., N.E., Suite 2500 |
| Facsimile: (813) 983-2889 | Atlanta, GA 30309-3958 |
| TGomez@ForThePeople.com | Telephone: (404) 885-1500 |
| DGagliano@ForThePeople.com | Facsimile: (404) 892-7056 |
| *Attorney for Plaintiff* | emcdonald@seyfarth.com |
| | lafleming@seyfarth.com |
| | *Attorneys for Defendant* |